IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STEVEN MONGEAU,<br>Institutional ID No. 213251<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESPONSE OFFICER<br>PECK, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 5:23-CV-247-BV |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are dismissed with prejudice. This dismissal shall count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020).

**SO ORDERED.**

Dated: March 27, 2025.

*Amy Burch*
AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE